In the Matter of the Application of PHILIP EDWARDS, Petitioner-Respondent, for an Order against HARRIS H. MURDOCK and Others, Defendants, and JOHN J.

CAMPBELL, JR., Intervenor-Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn and Callahan, JJ.